IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CHARLOTTE GREGORY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:15-cv-00005 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner of | ) | Senior United States District Judge |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Before me is the United States Magistrate Judge's Report and Recommendation, recommending that I enter an Order denying Plaintiff's Motion for Summary Judgment and Motion to Remand [ECF No. 17], granting Defendant's Motion for Summary Judgment [ECF No. 19], and affirming the Commissioner's decision and dismissing the case from the Court's active docket. (R. & R., May 6, 2016 [ECF No. 21].) This Report was filed on May 6, 2016, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the Report and Recommendation shall be and, hereby, is **ADOPTED** in its entirety. Plaintiff's Motion for Summary Judgment and Motion to Remand is **DENIED**, Defendant's Motion for Summary Judgment is **GRANTED**, and the Commissioner's decision is **AFFIRMED**. The clerk is directed to dismiss this case from the active docket of this Court.

The clerk is further directed to send a copy of this Order to all counsel of record and to the Honorable Joel C. Hoppe, United States Magistrate Judge.

ENTERED this 31st day of May, 2016.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE